NONIN MEDICAL, INC.,
Plaintiff–Appellant,

v.

KONICA MINOLTA PHOTO IMAGING
U.S.A., INC. and Maxtec, Inc.,
Defendants–Appellees.

No. 05–1590.

United States Court of Appeals,
Federal Circuit.

Sept. 13, 2006.

Before NEWMAN, Circuit Judge,
FRIEDMAN, Senior Circuit Judge, and
RADER, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and
considered, it is

ORDERED and ADJUDGED: *AF-FIRMED.* *See* Fed. Cir. R. 36

NONIN MEDICAL, INC.,
Plaintiff–Appellant,

v.

BCI, INC., Defendant–Appellee.

No. 06–1025.

United States Court of Appeals,
Federal Circuit.

Sept. 13, 2006.

Before NEWMAN, Circuit Judge,
FRIEDMAN, Senior Circuit Judge, and
RADER, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36